David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
DAN C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN C.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; DIRECTORS GUILD OF AMERICA—PRODUCER HEALTH PLAN; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:22−cv−03647−FLA−AFM<br><br>**DECLARATION OF DAVID LILIENSTEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT DIRECTORS GUILD OF AMERICA –PRODUCER HEALTH PLAN** |

1  I, David M. Lilienstein, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, including this District Court. I am the owner of DL Law Group, counsel of record for Plaintiff Dan C. in the instant action.

2. Pursuant to L.R. 7-3 and L.R. 37, on October 17, 2022 and October 20, 2022, counsel for Plaintiff, Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem"), and Defendant Directors Guild of America—Producer Health Plan ("the Plan") (collectively "the Parties") met and conferred telephonically regarding the Plaintiff's discovery requests to the Plan. The parties also corresponded via email as part of the meet and confer process.

3. The Parties were unable to completely resolve the present discovery dispute through the meet and confer process.

4. Attached hereto and marked as Exhibit A is a true and correct copy of Plaintiff's Special Interrogatories, Set One, served on the Plan on September 14, 2022;

5. Attached hereto and marked as Exhibit B is a true and correct copy of Plaintiff's Request for Production of Documents, Set One, served on the Plan on September 14, 2022;

6. Attached hereto and marked as Exhibit C is a true and correct copy of the email exchanges between Plaintiff's counsel and the Plan's counsel regarding a proposed Rule 30(b)(6) deposition;

7. Attached hereto and marked as Exhibit D is a true and correct copy of Defendant's Response to Plaintiff's Special Interrogatories, Set One, served on Plaintiff on October 14, 2022;

8. Attached hereto and marked as Exhibit E is a true and correct copy of Defendant's Response to Plaintiff's Request for Production of Documents, Set One, served on Plaintiff on October 14, 2022;

ii

1
2   I declare under the penalty of perjury under the laws of the State of
3   California and these United States that the foregoing is true and correct.
4
5   Dated: November 8, 2022            */s/ David M. Lilienstein*
6                                        David M. Lilienstein, Esq.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF DAVID M. LILIENSTEIN**          CASE NO. 3:22-cv-00980-YGR