# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:22-cv-03647-FLA-AFMx                                    Date:  November 17, 2022

Title   Dan C. v. Anthem Blue Cross Life and Health Insurance Company et al

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause re Discovery Motion**

　　On November 8, 2022, the parties filed a Joint Stipulation Re Discovery Dispute in connection with a motion to compel and noticed a hearing on the motion to compel for November 29, 2022. (ECF No. 47.) Pursuant to the District Judge's scheduling order in this case, the discovery cut-off is December 1, 2022, and discovery motions must be filed sufficiently in advance of that cut-off date to allow time for responses to be obtained before the cut-off if the motion is granted. (ECF No. 42 at 4.)  Because the motion to compel is noticed for hearing only two days before the cut-off date, plaintiff is ordered to show cause why the motion to compel should not be denied as untimely based on the scheduling order.  Plaintiff shall file its response to the present order no later than November 22, 2022.

　　IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |