JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN C.<br><br>       Plaintiff,<br><br>   vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; DIRECTORS GUILD OF AMERICA—PRODUCER HEALTH PLAN; and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:22−cv−03647−FLA−AJR<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

    This matter came before the court on bench trial on January 3, 2024.  Upon reviewing the parties' trial briefs, trial exhibits, the administrative record, and on oral argument of the parties, the court granted Plaintiff Dan C.'s ("Plaintiff") request to overturn Defendant's denial of health care benefits.  Dkt. 116.  Accordingly, judgment is ENTERED in favor of Plaintiff and against Defendant the Directors Guild of America-Producer Health Plan ("DGA"), in accordance with the court's Order Following Bench Trial.  Dkt. 116.

    The court ORDERS that Plaintiff shall recover the benefits due, plus prejudgment interest at the rate specified in 28 U.S.C. §1961(a).  Plaintiff may also bring a motion for attorney's fees and costs as permitted under ERISA.  See 29 U.S.C. §1132(a)(1)(B), (g)(1).

    IT IS SO ORDERED.

Dated: April 18, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge