UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN C., <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-03647-FLA (AJRx) <br><br> **AMENDED JUDGMENT** |

1

On April 18, 2024, following the court's Order Following Bench Trial (Dkt. 116), the court entered judgment (Dkt. 118, "Judgment") in favor of Plaintiff Dan C. ("Plaintiff") and against Defendant the Directors Guild of America—Producer Health Plan ("Defendant"). On May 16, 2025, the Ninth Circuit issued a memorandum disposition (Dkt. 134), amended on June 2, 2025 (Dkt. 135), reversing in part and affirming in part the Judgment, and remanding the matter back to this court. In the memorandum disposition, the Ninth Circuit stated, "[w]e remand only for the district court to amend the judgment to award relief solely under [29 U.S.C.] § 1132(a)(1)(B)." Dkt. 135 at 1.[1] On June 24, 2025, the Ninth Circuit issued the mandate. Dkt. 139.

Accordingly, the court hereby AMENDS the Judgment to award relief to Plaintiff solely under 29 U.S.C. § 1132(a)(1)(B). Plaintiff's request for additional equitable relief under 29 U.S.C. § 1132(a)(3) is DENIED. All other remaining terms and provisions of the original judgment remain in effect.

IT IS SO ORDERED.

Dated: July 9, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The court cites documents by the page numbers added by the court's CM/ECF system, rather than any page numbers that appear within the documents natively.